No. 98–7157. SNOW *v.* SNOW. Sup. Ct. Mont. Certiorari denied.

No. 98–7159. RICHARDSON *v.* WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 98–7183. ZAKRZEWSKI *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–7187. THOMPSON *v.* DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied.

No. 98–7203. STREET *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–7246. YOUNG *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 98–7252. SPLAIN *v.* NEWTON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–7253. RANDOLPH *v.* JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7263. MILNER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7268. CLIFTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7272. CHAPPELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7279. WHETHERS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7293. SMITH *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–7295. CHARBONNEAU *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7297. ANDERTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.